UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:09-22708-CIV-MARTINEZ-WHITE**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

EDMOND GRIGORIAN,

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge, for all pretrial matters (D.E. No. 1). The Magistrate Judge filed a Report and Recommendation (D.E. No. 17) on June 18, 2010. The Court has reviewed the entire file and record, and the Court has made a *de novo* review of the issues that Petitioner's objections present. Being otherwise fully advised in the premises, it is

    **ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation (D.E. No. 17) is **AFFIRMED** and **ADOPTED**. Accordingly, it is

    **ADJUDGED** that

    1. Petitioner's Motion to Vacate pursuant to 28 U.S.C. § 2255 (D.E. No. 1) is DENIED.

    2. This case is CLOSED, and all pending motions are DENIED AS MOOT.

    DONE AND ORDERED in Chambers at Miami, Florida, this 20 day of July, 2010.

                                          JOSE E. MARTINEZ
                                          UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge
All Counsel of Record
Edmond Grigorian, *pro se*